UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3: 06-CV-0891-B |
| | § | |
| BOARDFIRST, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## ORDER

For the reasons stated on the record at the hearing held on July 28, 2006, Plaintiff's Motion for Preliminary Injunction (doc. 4) is DENIED.

SO ORDERED.

SIGNED July 28, 2006

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE