IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SOUTHWEST AIRLINES CO.** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | **3:06-CV-0891-B** |
| | § | |
| **BOARDFIRST, L.L.C.** | § | |

## STIPULATION OF DISMISSAL

Plaintiff, Southwest Airlines Co. ("Southwest") and BoardFirst, L.L.C. ("BoardFirst") file this stipulation of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

1. Southwest filed suit against BoardFirst seeking monetary damages and injunctive relief for breach of contract, violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), unfair competition and trademark in violation of the Lanham Act, violation of the Texas Harmful Access by Computer Act (TEX. REV. CIV. PRAC. ANN. § 143.001), trespass, and unjust enrichment.

2. BoardFirst counterclaimed against Southwest for tortious interference with contract.

3. Southwest moves to dismiss its claims for violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), unfair competition and trademark in violation of the Lanham Act, violation of the Texas Harmful Access by Computer Act (TEX. REV. CIV. PRAC. ANN. § 143.001), trespass, and unjust enrichment.

4. BoardFirst moves to dismiss its claims for tortious interference with contract.

5. This case is not a class action nor has a receiver been appointed.

6. Neither party has dismissed a prior action based on or including the same claims presented in this suit.

7. This dismissal is with prejudice.

**Respectfully submitted,**

By: s/ *Jonathan C. LaMendola*
   **RAMONA MARTINEZ**
   Attorney-in-Charge
   Texas Bar No. 13144010
   **JONATHAN C. LaMENDOLA**
   Texas Bar No. 00792637

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 4000
Dallas, TX  75202-3793
(214) 672-2000
(214) 672-2020 (Fax)

**-and-**

**CYNTHIA S. BUHR**
State Bar No. 03458200

**SOUTHWEST AIRLINES CO.**
P.O. Box 36611
2702 Love Field Drive
Dallas, TX  75235-1611
(214) 792-6144
(214) 792-6200 (Fax)

**ATTORNEYS FOR PLAINTIFF**

By: s/ *with permission James O. Bell*
**JAMES O. BELL**
Admitted Pro Hac Vice
Arizona Bar No. 023584

**SPIESS & ASSOCIATES, P.C.**
420 West Roosevelt Street
Phoenix, AZ 85003
(602) 254-8100
(602) 254-3015 (Fax)

**-and-**

**ELIZANN CARROLL**
Texas Bar No. 00787209

**THE RICHARD LAW GROUP, INC.**
8411 Preston Road, Suite 890
Dallas, TX 75225
(214) 206-4310
(214) 206.4330 (Fax)

**ATTORNEYS FOR DEFENDANT**