## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3: 06-CV-0891-B |
| | § | |
| BOARDFIRST, L.L.C., | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL

After considering the parties Stipulation of Dismissal, the Court Orders the following:

1.      Plaintiff Southwest Airlines Co.'s claims for violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), unfair competition and trademark in violation of the Lanham Act, violation of the Texas Harmful Access by Computer Act (TEX. REV. CIV. PRAC. ANN. § 143.001), trespass, and unjust enrichment, are dismissed with prejudice.

2.      Defendant BoardFirst, L.L.C.'s claims for tortious interference with contract are dismissed with prejudice.

**SO ORDERED.**

**Signed November 1, 2007**


_____
**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**

AGREED AS TO FORM AND SUBSTANCE:


s/ *Jonathan C. LaMendola*
Jonathan C. LaMendola
*Attorney for Plaintiff Southwest Airlines Co.*


s/ *with permission James O. Bell*
James O. Bell
*Attorney for Defendant BoardFirst, L.L.C.*