UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3: 06-CV-0891-B |
| | § | |
| BOARDFIRST, L.L.C., | § | |
| | § | |
| Defendants. | § | |

**AGREED FINAL JUDGMENT**

1. On September 12, 2007, the Court granted Southwest's Motion for Summary Judgment on Southwest's claim for breach of contract and on Southwest's Motion for Summary Judgment regarding BoardFirst's counterclaim for tortious interference with customer relations. The Court also granted Southwest's request for a Permanent Injunction. Such ruling is deemed final.

2. The parties have agreed to dismiss their remaining claims, and this Court has entered an Agreed Order of Dismissal.

3. This Court has also entered an Agreed Permanent Injunction directing BoardFirst, L.L.C. to shut down its website and prohibiting it from using southwest.com in any manner that would violate the Terms and Conditions of use of the Southwest website.

4. Southwest is awarded its attorney's fees incurred in connection with pursuing its claim for breach of contract.

5. The Court denies all relief not granted in this Judgment.

6.      This is a FINAL JUDGMENT.

**SO ORDERED.**

**Signed November 1, 2007**

                                                _____
                                                **JANE J. BOYLE**
                                                **UNITED STATES DISTRICT JUDGE**

AGREED AS TO FORM AND SUBSTANCE:

s/ *Jonathan C. LaMendola*
Jonathan C. LaMendola
*Attorney for Plaintiff Southwest Airlines Co.*

s/ *with permission James O. Bell*
James O. Bell
*Attorney for Defendant BoardFirst, L.L.C.*